USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OREGON REAL ESTATE FORMS, LLC,

Plaintiff,

-against-

BRIAN TORMEY,

Defendant.

26-cv-5422 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

Defendant Brian Tormey has filed an Answer, dated September 24, 2026, (ECF No. 10), to Plaintiff Oregon Real Estate Forms, LLC's Complaint, dated June 26, 2026. (ECF No. 1.) The Court therefore waives the Initial Pre-Trial Conference requirement and directs the parties to submit a proposed Case Management Plan and Scheduling Order (blank form attached hereto) by October 16, 2026. After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Judith C. McCarthy for general pretrial purposes. The parties are directed to contact Judge McCarthy within seven (7) business days after the date of the Order of Reference to schedule a conference.

Dated: September 25, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge